# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

REGINALD JAMES SAHUAQUI,

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of Social Security

Defendant.

Case No.  1:26-cv-04691-EGC

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

(Doc. 3)

Plaintiff Reginald James Sahuaqui filed a complaint on June 18, 2026, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 3).  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1.     Plaintiff's application to proceed *in forma pauperis* is GRANTED; and

2.     The Clerk of Court is DIRECTED to issue a summons, the Consent/Decline forms, and the Scheduling Order.  Service on the defendant shall proceed under the Court's E-Service program as follows: once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated:    **June 22, 2026**

_____
UNITED STATES MAGISTRATE JUDGE