# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD JAMES SAHUAQUI,<br><br>Plaintiff,<br>v.<br><br>FRANK BISIGNANO,<br><br>Defendant. | Case No. 1:26-cv-04691-EGC<br><br>**STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S OPENING BRIEF; ORDER**<br><br>(Doc. 12) |

Pursuant to the parties' foregoing stipulation and unopposed motion, (Doc. 12), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), IT IS ORDERED that Plaintiff shall have up to and including November 13, 2026, to serve Plaintiff's Motion for Summary Judgment on Defendant. All other dates in the Scheduling Order, (Doc. 5), are enlarged accordingly.

IT IS SO ORDERED.

Dated: **September 10, 2026**

Erin Sanz Castillo
UNITED STATES MAGISTRATE JUDGE